**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN KARARO, individually and on behalf of all similarly situated current and former employees, | )<br>)<br>) Case No. 1:23-cv-02187 |
| Plaintiff, | )<br>) |
| vs. | ) Honorable Jorge L. Alonso<br>) |
| OLD DOMINION FREIGHT LINES, INC., | ) Magistrate Judge Heather K. McShain<br>) |
| Defendant. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on May 3, 2023, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel shall appear telephonically before Judge Jorge L. Alonso or any judge sitting in his stead in courtroom 1903 of the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois, and there present **Plaintiff's Motion for Leave to File Second Amended Class Action Complaint**, a copy of which is hereby served on you.

Dated: April 28, 2023

*Respectfully submitted,*

*/s/ James C. Vlahakis*
James C. Vlahakis
VLAHAKIS LAW GROUP LLC
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(312) 766-0511 (office)
(312) 648-6127 (direct)
jamesv@vlahakislaw.com

*Counsel for Plaintiff and
the putative class members*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was served via the Court's Electronic Filing System or via electronic mail on Defendant and counsel:

Hannah G. Garlough
Jody Kahn Mason
Jason A. Selvey
Jackson Lewis P.C.
150 North Michigan Avenue, 2500
Chicago, IL 60601
Hannah.Garlough@jacksonlewis.com
Jody.Mason@jacksonlewis.com
Jason.Selvey@jacksonlewis.com

*Counsel for Old Dominion Freight Lines, Inc.*

Date: April 28, 2023             By: /s/ *James C. Vlahakis*