**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN KARARO, individually, and on behalf of all other Illinois citizens similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Case No. 23-cv-02187 |
| | ) | |
| V. | ) ) | |
| OLD DOMINION FREIGHT LINE INC., | ) ) | District Judge Jorge L. Alonso<br>Magistrate Judge Heather K. McShain |
| | ) | |
| Defendant. | ) | |
| | ) ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 8, 2023, at 9:30 a.m., or as soon thereafter as

Defendant may be heard, counsel for Defendant Old Dominion Freight Line, Inc. shall appear

before the Honorable Jorge L. Alonso in Courtroom 1903 and then and there present its *Unopposed*

*Motion for Extension of Time to File Reply In Support of Its Motion to Dismiss, In Light of*

*Plaintiffs' Motion for Leave to File Third Amended Complaint.*

Dated: July 31, 2023                          Respectfully submitted,

                                               **OLD DOMINION FREIGHT LINE,**
                                               **INC.**

                           By:   /s/ *Jody Kahn Mason*
                                    One of Its Attorneys

Jody Kahn Mason
Jason A. Selvey
Hannah Griffin Garlough
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL  60601
Phone: (312) 787-4949
Facsimile (312) 787-4995
Jody.Mason@jacksonlewis.com
Jason.Selvey@jacksonlewis.com
Hannah.Garlough@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Jody Kahn Mason, an attorney, certify that on this 31st day of July, 2023, I caused a true and correct copy of the foregoing *Notice of Motion* to be filed with the Clerk of the Court using the Electronic Filing System, which will send notification of such filing to all counsel of record.

/s/ *Jody Kahn Mason*