**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN KARARO, et al, individually and on behalf of all similarly situated current and former employees, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23-cv-02187 |
| v. | ) ) ) | District Judge Jorge L. Alonso |
| OLD DOMINION FREIGHT LINE INC., | ) ) | Magistrate Judge Heather K. McShain |
| Defendant. | ) ) ) | |

**DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE
ITS MOTION TO DIMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Defendant Old Dominion Freight Line, Inc. ("Defendant"), by and through its undersigned attorneys, Jody Kahn Mason, Jason A. Selvey and Hannah Griffin Garlough of Jackson Lewis, P.C., hereby moves for a 10-day extension of time in which to file its responsive pleading to Plaintiffs' Fourth Amended Class Action Complaint (Dkt. 77). In support of this Motion, Defendant states as follows:

1.  On November 14, 2023, the Court granted Plaintiffs leave to file its Fourth Amended Complaint in this action, as reflected in the Court's November 14, 2023 Minute Entry. (Dkt. 79). The Court set a December 12, 2023 deadline for Defendant to file its motion to dismiss Plaintiffs' Fourth Amended Complaint, a January 3, 2024 deadline for Plaintiffs to file their response, and a January 16, 2024 for Defendants to file its reply.[1]

2.  Plaintiffs filed their Fourth Amended Complaint on November 14, 2023. (Dk. 77).

---

[1] This is the briefing schedule that the Court set from the bench, however, the November 14, 2023 Minute Entry appears to contain an error where it grants Plaintiffs leave to file a "reply" on January 16, 2024 and does not reference Defendant's response. (Dkt. 79)

3. Defendant requires additional time to digest Plaintiffs' amended pleading and to prepare its arguments in response, including because Plaintiffs have now added three additional named plaintiffs, resurrected a previously abandoned claim under Section 15(a) of the BIPA – this time with a new theory, and increased the total number of allegations to 313 paragraphs, not including subparts.

4. Moreover, Defendant has been diligently working on various discovery issues in connection with this matter since this Court's Order of November 14, 2023. For example, Defendant served its Second Amended Answers to Plaintiffs' First Set of Interrogatories and its Amended Answers to Plaintiffs' Second Set of Interrogatories on November 22, 2023. Since then, Plaintiffs have served their third set of discovery responses upon Defendant and sent a 44-page letter responding to issues identified by Defendant with respect to Plaintiffs' written discovery responses. On December 8, 2023, Defendant issued written discovery requests to the three newly added plaintiffs, Diego Delgado, Gabriel Castellano and Juan Carlos Garcia.  On December 8, 2023, Defendant is due to respond to Plaintiffs' second Motion to Compel in this matter, which is 29-pages, not including the Motion's ten voluminous exhibits.

5. Accordingly, Defendant requests a 10-day extension, through and including December 22, 2023, in which to file its Motion to Dismiss Plaintiffs' Fourth Amended Complaint.

6. This Motion is being made in good faith and will not cause undue delay or prejudice to either the party.

7. On December 7, 2023, one of Defendant's attorneys, Hannah Garlough, reached out to Plaintiffs' counsel, James Vlahakis, by email to inquire whether Plaintiffs objected to the relief requested herein. Plaintiffs' counsel responded as follows: "I'm happy to *consider* your extension request relative to the motion to dismiss *if you __explain__ to me why you need 10 days …*

where more likely than not you're going to recycle the same arguments you have already filed in this case or borrow from briefs you've written in cases for other clients." (Emphasis in original). Accordingly, Defendant styles this Motion as Opposed. Defendant notes that Plaintiffs sought – and Defendant did not oppose – three extensions of their deadline to respond to Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint. (Dkt. 56, 61, and 64).

8.      Old Dominion has not previously requested any extension of time with regard to its deadline to respond to Plaintiffs' Fourth Amended Complaint.

**WHEREFORE**, Defendant Old Dominion Freight Line, Inc. respectfully requests that the Court grant this Motion and extend Defendant's deadline to file its motion to dismiss Plaintiffs' Fourth Amended Complaint through and including December 22, 2023. Old Dominion further requests any additional relief the Court deems just and appropriate.

Dated: December 8, 2023

Respectfully submitted,

**OLD DOMINION FREIGHT LINE, INC.**

By:   /s/ *Jody Kahn Mason*
        One of Its Attorneys

Jody Kahn Mason
Jason A. Selvey
Hannah Griffin Garlough
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL  60601
Phone: (312) 787-4949
Facsimile (312) 787-4995
Jody.Mason@jacksonlewis.com
Jason.Selvey@jacksonlewis.com
Hannah.Garlough@jacksonlewis.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jody Kahn Mason an attorney, certify that on December 8, 2023, I caused a true and correct copy of the attached ***Defendant's Opposed Motion for Extension of Time to File Its Motion to Dismiss Plaintiffs' Fourth Amended Complaint*** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's system.

*/s/ Jody Kahn Mason*

4882-8832-2196, v. 1