**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN KARARO, et al. individually, and on behalf of all other Illinois citizens similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Case No. 23-cv-02187 |
| v. | ) ) | District Judge Jorge L. Alonso |
| OLD DOMINION FREIGHT LINE INC., | ) ) | |
| Defendant. | ) ) | Magistrate Judge Heather K. McShain |

**<u>NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF TRI MINH LA</u>**

NOW COMES Plaintiff Tri Minh La, and pursuant to FRCP 41(a)(1)(A)(i), voluntarily dismisses his claim against Defendant in his capacity as a named Plaintiff and proposed class representative, and in support states:

1. This Notice of Voluntary Dismissal is being submitted pursuant to FRCP 41(a)(1)(A)(i) where Defendant has not answered or otherwise moved for summary judgment.

2. For the sake of clarity, the remaining named Plaintiffs will continue to prosecute this putative class action.

Dated: March 5, 2024

*Respectfully submitted,*

<u>*/s/ James C. Vlahakis*</u>
James C. Vlahakis
VLAHAKIS LAW GROUP LLC
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
(312) 766-0511 (office)
(312) 648-6127 (direct)
jamesv@vlahakislaw.com

*Counsel for Plaintiff Tri Minh La*

### **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served via the clerk's ECF filing system.

Date:  March 4, 2024                    By: _/s/ James C. Vlahakis_