IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN KARARO, et al., individually and on behalf of all similarly situated current and former employees, | ) ) ) ) Case No. 23-cv-02187 |
| Plaintiffs, | ) ) The Honorable Jorge L. Alonso |
| v. | ) ) |
| OLD DOMINION FREIGHT LINE INC., | ) Magistrate Judge Heather K. ) McShain ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF JUAN CARLOS GARCIA**

NOW COMES Plaintiff Juan Carlos Garcia, and pursuant to FRCP 41(a)(1)(A)(i), and in relation to the Fourth Amended Complaint (Dkt. 77), voluntarily dismisses his claims against Defendant in his capacity as a named Plaintiff and proposed class representative, and in support states:

1. This Notice of Voluntary Dismissal is being submitted pursuant to FRCP 41(a)(1)(A)(i) where Defendant has not answered or otherwise moved for summary judgment. "[A] Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon filing and does not require judicial approval." *Kelmer v. DFS Servs. LLC*, 2010 U.S. Dist. LEXIS 79372 *2, 2010 WL 3038958 (S.D. Ill. Aug. 3, 2010).

2. The Seventh Circuit has stated that "one doesn't need a good reason, or even a sane or any reason, to dismiss a suit voluntarily. The right is absolute, as Rule 41(a)(1) and the cases interpreting it make clear[.]" Marques v. Fed. Reserve Bank of Chicago, 286 F.3d 1014, 1017 (7th Cir. 2002) (collecting cases). The right is absolute until the defendant serves an answer or a motion for summary judgment. *Id.*

2. The remaining Plaintiffs (John Kararo, Ian Travis, Sean Walker, Melvyn L. Caison, Jr., Gabriel Castellano and Diego Delgado) will continue to prosecute this putative class action.

Counsel for Plaintiff Juan Carlos Garcia,

*/s/ James C. Vlahakis*

**Vlahakis Law Group LLC**
20 N. Clark Street, Suite 3300
Chicago IL 60602
jamesv@vlahakislaw.com
312-648-6127 (direct)