IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN KARARO, et al. individually, and on behalf of all other Illinois citizens similarly situated,<br>　　　　Plaintiffs,<br>　v.<br><br>OLD DOMINION FREIGHT LINE INC.,<br><br>　　　　Defendant. | Case No. 23-cv-02187<br><br>District Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS**

NOW COME the Plaintiffs John Kararo, Sean Walker, Ian Travis, Melvyn L. Caison Jr., Gabriel Castellano, and Diego Delgado ("Plaintiffs") and Defendant Old Dominion Freight Line, Inc. ("Defendant"), by their counsel (hereafter "the Parties"), and hereby notify the Court that the Parties have reached an agreement in principle to fully resolve this putative class action matter brought under the Illinois Biometric Information Privacy Act, which agreement is documented in a signed term sheet. The Parties are in the process of completing the settlement agreement and anticipate filing a Motion for Preliminary Approval of the Settlement Agreement in the near future.

Magistrate Judge Heather K. McShain stayed discovery proceedings through December 30, 2024, to facilitate settlement negotiations. (Dkt. 236).

As those negotiations have now led to a settlement in principle, the Parties respectfully request the District Court to stay this matter in its entirety, except for settlement-related proceedings, including any existing case deadlines.

WHEREFORE, for the reasons set forth above, the Parties respectfully request that this Court enter an order staying this matter in its entirety except for settlement-related proceedings, including all existing case deadlines, and grant the Parties any additional relief the Court deems just and proper.

1

2

| | |
|---|---|
| Date: December 12, 2024 | Respectfully submitted, |
| **Counsel for Plaintiffs** | **Counsel for Defendant** |
| By: */s/ James C. Vlahakis* | By: */s/ Jason A. Selvey* |
| James C. Vlahakis<br>VLAHAKIS LAW GROUP LLC<br>20 N. Clark Street, Suite 3300<br>Chicago IL 60602<br>312-766-0511 (office)<br>312-648-6127 (direct)<br>jamesv@vlahakislaw.com | Jody Kahn Mason<br>Jason A. Selvey<br>Hannah Griffin Garlough<br>Jackson Lewis P.C.<br>150 N. Michigan Ave. Suite 2500<br>Chicago, IL  60601<br>(312) 787-4949<br>Jody.Mason@jacksonlewis.com<br>Jason.Selvey@jacksonlewis.com<br>Hannah.Garlough@jacksonlewis.com |