# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

John Kararo, et al.
                               Plaintiff,

v.                                               Case No.: 1:23−cv−02187
                                                    Honorable Jorge L. Alonso

Old Dominion Freight Line Inc
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

         MINUTE entry before the Honorable Jorge L. Alonso: Final Approval Hearing held. Final approval hearing held. For the reasons stated on the record, Plaintiff's Combined motion for (a) final approval of class action settlement and (b) final approval of proposed class representative awards and class counsel's fee and expense award [252] is granted. Enter Final Order and Judgment. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.